**93–385.** State v. Seymore. *Stark County,* No. CA–8897. On motion to reconsider denial of extension. Motion denied.

DOUGLAS and PFEIFER, JJ., dissent.

**93–389.** State v. Terrell. *Franklin County,* No. 92AP–604. On motion for leave to file delayed appeal. Motion granted.

F.E. SWEENEY, J., dissents.

**93–404.** State v. Jenkins. *Hamilton County,* No. C–920316. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

**93–420.** State v. Messineo. *Athens County,* Nos. 1488 and 1493. On motion for leave to exceed page limit. Motion denied.

**93–485.** State v. Howard. *Lucas County,* No. L–92–282. On motion for leave to file delayed appeal. Motion granted.

WRIGHT and F.E. SWEENEY, JJ., dissent.

RESNICK, J., not participating.

**93–491.** State ex rel. DeSantis v. Indus. Comm. *Franklin County,* No. 90AP–607. On motion for leave to file notice of appeal instanter. Motion granted.

F.E. SWEENEY, J., dissents.

**93–492.** State ex rel. Neely v. Capots. *Franklin County,* No. 92AP–567. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER, J., dissent.

**93–518.** Salem City School Dist. Bd. of Edn. v. Ultra Builders, Inc. *Columbiana County,* No. 92–C–48. On motion for leave to file memorandum in support instanter. Motion granted.

F.E. SWEENEY, J., dissents.

On motion to dismiss. Motion denied.

RESNICK and F.E. SWEENEY, JJ., dissent.

## JURISDICTIONAL MOTIONS ALLOWED

**92–2240.** Trinova Corp. v. Pilkington Bros., P.L.C. *Lucas County,* No. L–90–096. On motion to certify the record and on motion of Peter C. John for leave to proceed *pro hac vice.* Motions granted.

F.E. SWEENEY and PFEIFER, JJ., dissent.

RESNICK, J., not participating.

**93–12.** State v. DeTillio. *Summit County,* Nos. 15628 and 15629.

A.W. SWEENEY and F.E. SWEENEY, JJ., dissent.

**93–51.** Bisker v. Bisker. *Mahoning County,* Nos. 90 C.A. 82, 90 C.A. 104 and 90 C.A. 105.

MOYER, C.J., WRIGHT and PFEIFER, JJ., dissent.

**93–108.** Frazier v. DePinet. *Seneca County,* No. 13–92–14.

MOYER, C.J., and WRIGHT, J., dissent.

**93–144.** Edmondson v. Steelman. *Clermont County,* No. CA92–01–011.

MOYER, C.J., A.W. SWEENEY and WRIGHT, JJ., dissent.